No.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————————

No. 99-40056
Conference Calendar

—————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARVIN PETE KITCHENS, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:98-CR-24-3
--------------------
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Marvin
Pete Kitchens, Jr. has moved for leave to withdraw and filed a
motion and brief as required by Anders v. California, 386 U.S.
738 (1967). Kitchens has not filed a response to the instant
motion. Our independent review of the motion, brief, and record
discloses no nonfrivolous issue for appeal. Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities herein, and the appeal is
DISMISSED.

—————————————

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.